IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | * | |
| Plaintiff, | * | |
| v. | * | CV 112-004 |
| COLUMBIA HARDWOODS & FLOORS, INC., KENNETH G. HUNNICUTT, CHARLES R. MARKS, and JANET SAPP MARKS, | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is Cross-Claimant Charles R. Marks's Notice of Voluntary Dismissal. (Doc. 38.) Mr. Marks seeks to dismiss without prejudice any and all cross-claims brought against Columbia Hardwoods & Floors, Inc. Accordingly, Mr. Marks's cross-claims against Columbia Hardwood & Floors, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**. Moreover, it appearing to the Court that there remain no other claims pending in this action, the Clerk is directed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of January, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA